Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch St, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff JAMES RUTHERFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> MARSHALLS OF CA, LLC, a Virginia limited liability company; ROIC SANTA ANA, LLC, a Delaware limited liability company; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 8:20-cv-1928-JLS-KES <br><br> Hon. Josephine L. Staton <br><br> **NOTICE OF ERRATA AND WITHDRAWL OF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff JAMES RUTHERFORD, files this Notice of Errata and hereby Withdraws a Document filed as '**NOTICE of Voluntary Dismissal filed by Plaintiff James Rutherford. Dismissal is With Prejudice'** (Docket No. 20).


DATED: December 9, 2020           Respectfully submitted,

MANNING LAW, APC


By: */s/ Joseph R. Manning, Jr.*
      Joseph R. Manning, Jr.
      Attorneys for Plaintiff
      James Rutherford

PLAINTIFFS' NOTICE OF ERRATA AND WITHDRAWAL

1

## **<u>CERTIFICATE OF SERVICE</u>**

2   I certify that on December 9, 2020, I electronically filed the foregoing

3 document with the Clerk of the Court using CM/ECF. I also certify that the

4 foregoing document is being served this day on counsel of record in this action via

5 email transmission and via transmission of Electronic Filing generated by CM/ECF.

6               Respectfully submitted,

7

8 Dated: December 9, 2020      **MANNING LAW, APC**

9

10

11            By:  _/s/ Joseph R. Manning, Jr., Esq._

                 Joseph R. Manning, Jr., Esq.

12                Attorney for Plaintiff,

13                James Rutherford

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE